**Order entered April 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01086-CV**

**IN THE INTEREST OF J.B.N., A CHILD**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-51998-2011**

**ORDER**

Before the Court is appellant's April 5, 2021 second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **May 5, 2021**. We caution appellant that further extension requests will be disfavored.

/s/     CRAIG SMITH
         JUSTICE